Certificate Number: 00927-PAE-DE-037065828

Bankruptcy Case Number: 22-13047



00927-PAE-DE-037065828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2022, at 4:17 o'clock PM EST, RAKEISHA STEVENSON completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 27, 2022            By:   /s/OLIVIA MARTINEZ

                                    Name:  OLIVIA MARTINEZ

                                    Title: Certified Credit Counselor