United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-13047-amc

Rakeisha D. Stevenson     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Feb 17, 2023     Form ID: 318     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rakeisha D. Stevenson, 5934 N. 7th Street, Philadelphia, PA 19120-1307 |
| 14735282 | + | PGW, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 14735283 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Feb 18 2023 05:14:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2023 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 18 2023 05:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2023 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14735271 | + | Email/Text: bncnotifications@pheaa.org | Feb 18 2023 00:10:00 | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14735272 | | Email/Text: collectors@arresourcesinc.com | Feb 18 2023 00:10:00 | AR Resources, PO Box 1056, Blue Bell, PA 19422 |
| 14735273 | + | EDI: CAPITALONE.COM | Feb 18 2023 05:14:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14735274 | | EDI: WFNNB.COM | Feb 18 2023 05:14:00 | Comenity Bank/NWYRK&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 14735275 | | EDI: WFNNB.COM | Feb 18 2023 05:14:00 | Comenity Bank/Venus, PO Box 182789, Columbus, OH 43218-2789 |
| 14735276 | | EDI: WFNNB.COM | Feb 18 2023 05:14:00 | Comenity/Victoria's Secret, P.O. Box 18279, Columbus, OH 43218-2789 |
| 14735277 | | EDI: CITICORP.COM | Feb 18 2023 05:14:00 | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14735278 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 18 2023 00:10:00 | Midland Credit Mgmt, 320 E. Big Beaver Rd., Ste 300, Troy, MI 48083-1271 |
| 14735279 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 18 2023 00:10:00 | Nelnet, U.S. Department of Education, 121 S. 13th Street, Lincoln, NE 68508-1922 |
| 14735280 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 18 2023 00:10:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14735284 | + | EDI: PRA.COM | Feb 18 2023 05:14:00 | PORTFOLIO RECOVERY ASS, 120 CORPORATE BLVD, SUITE 1, Norfolk, VA 23502-4952 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 318 | Total Noticed: 21 |

| 14735281 | Email/PDF: ebnotices@pnmac.com | | |
|---|---|---|---|
| | | Feb 18 2023 00:22:06 | PennyyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14735285 | + EDI: WTRRNBANK.COM | | |
| | | Feb 18 2023 05:14:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14735286 | + EDI: VERIZONCOMB.COM | | |
| | | Feb 18 2023 05:14:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 14735287 | Email/Text: megan.harper@phila.gov | | |
| | | Feb 18 2023 00:10:00 | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

**Name**      **Email Address**

JONATHAN KRINICK
     on behalf of Debtor Rakeisha D. Stevenson jkrinick@wwdlaw.com  jkrinick@hotmail.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

TERRY P. DERSHAW
     td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rakeisha D. Stevenson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6865<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–13047–amc | |

## Order of Discharge    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rakeisha D. Stevenson

2/16/23    **By the court:**   Ashely M. Chan
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**